United States District Court
Southern District of Texas
**ENTERED**
May 07, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUILLERMO RUIZ AVALOS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-098 |
| | § | |
| MARKWAYNE MULLIN[1], *et al.*, | § | |
| | § | |
| Respondents. | § | |

## <u>ORDER</u>

Petitioner Guillermo Ruiz Avalos is currently detained by Immigration and Customs Enforcement at the El Valle Detention Center in Willacy County, Texas.  In this habeas action, Petitioner contests Respondents' ability to detain him without a bond hearing under 8 U.S.C. § 1225(b)(2)(A). (Am. Pet., Doc. 13)  Petitioner notes that an Immigration Judge terminated his removal proceedings in February 2026. (Am. Pet., Doc. 13, ¶ 18; IJ Order, Doc. 13–1)

To facilitate the Court's consideration of the Amended Petition (Doc. 13), it is:

**ORDERED** that, by no later than May 22, 2026, Respondents shall file a Response, outlining the legal basis for Ruiz Avalos's continued detention, in light of the termination of the removal proceedings;

**ORDERED** that, by no later than May 26, 2026,  Petitioner may file a Reply brief; and

**ORDERED** that the parties shall appear for hearing via videoconference on May 27, 2026, at 1:30 p.m.

Signed on May 7, 2026.

Fernando Rodriguez, Jr.
Fernando Rodriguez, Jr.
United States District Judge

---

[1] Petitioner sought relief against Kristi Noem and Pamela Bondi in their official capacities as Secretary of the Department of Homeland Security and Attorney General, respectively.  Pursuant to Federal Rule of Civil Procedure 25(d), Markwayne Mullin and Todd Blanche are substituted as the proper Respondents, respectively.

1 / 1